IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOMINGO ROMERO PALOMARES                                                      PLAINTIFF

vs.                      Case No.: 4:23-cv-832-JM

EMPLOYERS MUTUAL CASUALTY COMPANY                       DEFENDANT

## **ORDER**

The parties have filed a joint motion to dismiss this action, having resolved their dispute.

The motion (Doc. No. 7) is GRANTED, and this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of March, 2024.

_____
JUDGE JAMES M. MOODY JR.
United States District Judge